IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAQUAN LOVE,<br><br>                Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>                Respondent. | **8:22CV191**<br><br>**ORDER** |

      This matter is before the Court on its own motion. On April 25, 2023, the Clerk of the Court sent an order to Petitioner at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 19. The publicly available records of the Nebraska Department of Correctional Services indicate Petitioner is now confined in the Tecumseh State Correctional Institution ("TSCI"). See https://dcs-inmatesearch.ne.gov/Corrections/COR_input.html (search result for Daquan Love) (last viewed Aug. 7, 2023). Respondent was also aware of Petitioner's confinement in the TSCI as of at least April 24, 2023, as reflected in the certificate of service for Respondent's Motion to Substitute Respondent. Filing No. 17 at 2. While Petitioner has an obligation to keep the Court informed of his current address at all times, *see* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days), the Court, on its own motion, will update its records to reflect Petitioner's correct address.

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to update Petitioner's address to reflect his present confinement at the Tecumseh State Correctional Institution and to send a copy of Filing No. 18 to Petitioner at his updated address.

2. Petitioner is advised that he must keep the Court informed of his current address at all times. Failure to do so may result in dismissal of this matter.

Dated this 8th day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge